**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

United States Courts
Southern District of Texas
FILED

*April 03, 2020*
............

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **MICHAEL JONES, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 3:20-cv-109** |
| | § | |
| **NATIONAL UNION FIRE INSURANCE** | § | |
| **COMPANY OF PITTSBURGH, PA, AND** | § | |
| **STATE FARM MUTUAL AUTOMOBILE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendants.** | § | |

<u>**DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
PA'S NOTICE OF REMOVAL**</u>

## I.     INTRODUCTION

Pursuant to 28 USC § 1441 and 1446, this action is removed from the 149th District Court

in Brazoria County, Texas, where this matter was pending under Cause No. 106331-CV and styled

*Michael Jones, Jr. v. National Union Fire Insurance Company of Pittsburgh, PA, and State Farm*

*Mutual Automobile Insurance Company,* (the "State Court Action"). Defendant National Union

Fire Insurance Company of Pittsburgh, PA ("National Union") hereby files its Notice of Removal.

This Notice of Removal is supported by the following evidence:

      A.      Results of the public records search performed by counsel for National Union;

      B.      Screenshot of Defendant National Union Fire Insurance Company of Pittsburgh, PA's website; and

      C.      Defendant State Farm Mutual Automobile Insurance Company's United States Securities and Exchange Commission Form D

## II.     NATURE OF THE SUIT

This case is an underinsured motorist and breach of contract case in which Plaintiff Michael

Jones, Jr. ("Plaintiff") alleges that his damages sustained in the underlying motor vehicle collision

exceed the amount of automobile liability insurance covering the tortfeasor. Plaintiff alleges that

after he complied with all the conditions precedent to recovering the benefits of the underinsured

**INDEX OF DOCUMENTS FILED IN STATE COURT – Page 1**

motorist coverages of the automobile insurance contracts with Defendants, Defendants failed to settle Plaintiff's claim promptly, fairly, and equitably. Plaintiff's Original Petition at ¶13-14. Plaintiff seeks damages of "over $200,000 but not more than $1,000,000." *Id*. at ¶21.

### III.    TIMELINESS OF REMOVAL

Plaintiff filed his Original Petition on January 9, 2020. Plaintiff then served National Union with a copy of the Original Petition on March 9, 2020. National Union hereby files its Notice of Removal. National Union's removal is timely because it is filed within thirty days after National Union was served. 28 U.S.C. § 1446.

### IV.    BASIS FOR REMOVAL

Removal is proper under 28 U.S.C. §§ 1441 and 1332(a)(1) because there is complete diversity of citizenship between Plaintiff and both Defendants and the amount of controversy exceeds $75,000.

According to Plaintiff's Original Petition, Plaintiff Jones is an individual resident of Brazoria County. For diversity purposes, citizenship means domicile. *Wade v. Wood*, 2006 U.S. Dist. LEXIS 87800, No. H-06-3195 at *3 (S.D. Tex. 2006) *citing Mas v. Perry*, 489 F.2d 1396 (5th Cir. 1974). Domicile is defined as residence at a particular place accompanied with positive or presumptive proof of an intention to remain there for an unlimited time. *Freeman v. Northwest Acceptance Corp*., 754 F.2d 553, 555-56 (5th Cir. 1985) (quoting *Mitchell v. United States*, 88 U.S. 350, 352 (1875)). Plaintiff's address, as identified on the police report documenting the accident at issue is 1519 Loose Stone Dr., Rosharon, TX 77583. Rosharon is in Brazoria County, Texas. In an abundance of caution, counsel for Defendant National Union performed a public records search using Plaintiff's date of birth listed in the police report to determine Plaintiff's residence. *See* Exhibit A. The most recent address that appeared under Plaintiff's name and date of birth was 14522 Windy Willow Dr., Missouri City, TX 77489. Missouri City is in Fort Bend County, Texas. *Id*. The public records search performed by counsel for National Union indicated

**INDEX OF DOCUMENTS FILED IN STATE COURT – Page 2**

that Plaintiff has resided at that address since July 2017. *Id*. Thus, Plaintiff is either a resident of Brazoria County or Fort Bend County, Texas.

Defendant National Union is a Pennsylvania Insurance Business Corporation incorporated in the State of Pennsylvania. A corporation is a citizen of every State in which it has been incorporated and of the State where it has its principal place of business. 28 USCS § 1332(c)(1). National Union's principal place of business, as indicated by their main website, is 175 Water Street, New York, NY 10038. *See* Exhibit B. Defendant State Farm Mutual Automobile Insurance Company is an Illinois corporation with its principal place of business in Bloomington, Illinois. *See* Exhibit C. Therefore, complete diversity exists.

Plaintiff alleges damages over $200,000 but not more than $1,000,000. *Plaintiff's Petition* at ¶21. Thus, the amount in controversy requirement is also satisfied.

## V.     THIS NOTICE IS PROCEDURALLY CORRECT

Defendant has attached to its Notice of Removal the documents required by 28 U.S.C. § 1446(a) and Local Rule 81 as follows:

D.     A copy of the docket sheet in the state court action.

E.     All executed process in the case;

F.     All pleadings asserting the parties' causes of action;

G.     A list of all counsel of record; and

H.     Civil Cover Sheet

This action may be removed to this Court pursuant to 28 U.S.C. § 1441(b), because citizenship of the parties is diverse. This action is removable to this Court because this United States District Court and Division embraces the place where the State Court Action was pending. 28 U.S.C. §§ 124(c)(6), 1441(a).

# I.    CONCLUSION

Since diversity jurisdiction exists over Plaintiff's claims as set forth herein, Defendant National Union desires and is entitled to remove the lawsuit filed in the 149th Judicial District Court of Brazoria County, Texas to the United States District Court for the Southern District of Texas, Galveston Division.

Respectfully submitted,

*/s/ David J. Metzler*
**DAVID J. METZLER**
Texas Bar No. 13982550
dmetzler@cowlesthompson.com
**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, Texas 75202
(214) 672-2167 (Telephone)
(214) 672-2367 (Telecopier)

**ATTORNEY FOR DEFENDANT
NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of April, 2020, a true and correct copy of the foregoing document was delivered via electronic service to counsel of record below.

Sylvester Anderson
Regency Square
6001 Savoy Drive, Suite 305
Houston, Texas 77036
Tel: (713) 533-9500
Fax: (713) 533-9645
sa@sylvesteranderson.com
**COUNSEL FOR PLAINTIFF**

Scott G. Marcinkus
State Bar No. 24099703
Lindow, Stephens, Treat, LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Tel: (210) 227-2200
Fax: (210) 227-4602
SMARCINKUS@1stlaw.com
**COUNSEL FOR DEFENDANT**
**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE**

*/s/ David J. Metzler*
**DAVID J. METZLER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **MICHAEL JONES, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 3:20-cv-109** |
| | § | |
| **NATIONAL UNION FIRE INSURANCE** | § | |
| **COMPANY OF PITTSBURGH, PA, AND** | § | |
| **STATE FARM MUTUAL AUTOMOBILE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendants.** | § | |

## INDEX OF MATTERS BEING FILED WITH THIS NOTICE OF REMOVAL

Exhibit A:    Results of the public records search performed by counsel for National Union.

Exhibit B:    Screenshot of Defendant National Union Fire Insurance Company of Pittsburgh, PA's website.

Exhibit C:    Defendant State Farm Mutual Automobile Insurance Company's United States Securities and Exchange Commission Form D.

Exhibit D:    A copy of the docket sheet in the state court action.

Exhibit E:    All executed process in the case.

Exhibit F:    All pleadings asserting the parties' causes of action.

Exhibit G:    A list of all counsel of record.

Exhibit H:    Civil Cover Sheet.

Respectfully submitted,

/s/ David J. Metzler
**DAVID J. METZLER**
Texas Bar No. 13982550
dmetzler@cowlesthompson.com
**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, Texas 75202
(214) 672-2167 (Telephone)
(214) 672-2367 (Telecopier)

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of April, 2020, a true and correct copy of the

foregoing document was delivered via electronic service to counsel of record below.

Sylvester Anderson
Regency Square
6001 Savoy Drive, Suite 305
Houston, Texas 77036
Tel: (713) 533-9500
Fax: (713) 533-9645
sa@sylversteranderson.com
**COUNSEL FOR PLAINTIFF**

Scott G. Marcinkus
Lindow, Stephens, Treat, LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Tel: (210) 227-2200
Fax: (210) 227-4602
SMARCINKUS@1stlaw.com
**COUNSEL FOR DEFENDANT**
**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE**

/s/ David J. Metzler
**DAVID J. METZLER**

# EXHIBIT A

**Person Locator 6**                                                23 Source Document(s)

**PhonesPlus Records**                                              5 Source Document(s)

**Voter Registrations**                                             2 Source Document(s)

Key

🔺 High Risk Indicator. These symbols may prompt you to investigate further.

🚩 Moderate Risk Indicator. These symbols may prompt you to investigate further.

🚩 General Information Indicator. These symbols inform you that additional information is provided.

✓ The most recent telephone listing as reported by the EDA source.


**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation

Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**2 OF 35 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2020 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.


Date:3/31/2020

Report processed by:

Cowles & Thompson P.C.

| Full Name | Address | County | Phone |
|---|---|---|---|
| JONES, MICHAEL EUGENE JR | 14522 WINDY WILLOW DR | FORT BEND | None Listed |
| | MISSOURI CITY, TX 77489-1868 | | |
| | FORT BEND COUNTY | | |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| 466-79-XXXX | 7/1976 | | 001280389472 | EMACK81@GMAIL.COM |
| | (Age:43) | | | JENNIFER2ROSE@YAHOO.COM |
| | | | | MRGUS6601@GMAIL.COM |
| | | | | CLONGROB2013@YAHOO.COM |
| | | | | COACHMIKEJONES.24@GMAIL.COM |

**Subject Summary**

**No.**    **Address**

HOUSTON, TX 77090-5307

HARRIS COUNTY

18:    14400 ELLA BLVD APT 149

HOUSTON, TX 77014-2540

HARRIS COUNTY

# Address Details

### 1: 14522 WINDY WILLOW DR MISSOURI CITY, TX 77489-1868

| Address | Dates | Phone |
|---|---|---|
| 14522 WINDY WILLOW DR | 7/2017 - 3/2020 | |

MISSOURI CITY, TX 77489-1868

FORT BEND COUNTY

**Census Data for Geographical Region**

Median Head of Household Age: 32

Median Income: $41,237

Median Home Value: $115,861

Median Education: 13 years

**Household Members**

None Listed

**Other Associates**

TERRANCE, GEORGE SR

### 2: 2025 SANDY KNOLL DR MISSOURI CITY, TX 77489-2901

| Address | Dates | Phone |
|---|---|---|
| 2025 SANDY KNOLL DR | 2006 - 8/2019 | (281) 969-8646 |
| MISSOURI CITY, TX 77489-2901 | | (281) 499-4932 |

FORT BEND COUNTY

**Census Data for Geographical Region**

# EXHIBIT B



# EXHIBIT C

SEC FORM D/A

sec.gov/Archives/edgar/data/1692861/000120919117067507/xslFormDX01/primary_doc.xml

Apps

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

| | OMB APPROVAL | |
|---|---|---|
| OMB Number: | | 3235-0076 |
| Estimated average burden | | |
| hours per response: | | 4.00 |

**1. Issuer's Identity**

| CIK (Filer ID Number) | | Previous Names | ☒ None | Entity Type | |
|---|---|---|---|---|---|
| 0000315032 | | | | ☒ Corporation | |
| Name of Issuer | | | | ☐ Limited Partnership | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO | | | | ☐ Limited Liability Company | |
| Jurisdiction of Incorporation/Organization | | | | ☐ General Partnership | |
| ILLINOIS | | | | ☐ Business Trust | |
| Year of Incorporation/Organization | | | | ☐ Other (Specify) | |
| ☒ Over Five Years Ago | | | | | |
| ☐ Within Last Five Years (Specify Year) | | | | | |
| ☐ Yet to Be Formed | | | | | |

**2. Principal Place of Business and Contact Information**

| Name of Issuer | | | | | |
|---|---|---|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO | | | | | |
| Street Address 1 | | | Street Address 2 | | |
| One State Farm Plaza | | | | | |
| City | State/Province/Country | | ZIP/PostalCode | Phone Number of Issuer | |
| Bloomington | ILLINOIS | | 61710 | 3097667784 | |

**1. Issuer's Identity**

| CIK (Filer ID Number) | | Previous Names | ☒ None | Entity Type | |
|---|---|---|---|---|---|
| 0000900390 | | | | ☒ Corporation | |
| Name of Issuer | | | | ☐ Limited Partnership | |

# EXHIBIT D

# CIVIL DOCKET - CAUSE NO.  106331-CV          149th District Court

| NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|
| **Michael Jones, Jr.**<br>**vs.**<br>**National Union Fire Insurance Company, et al** | SYLVESTER ANDERSON | **Contract - Other** | 01/09/2020 |
| | | | Jury Fee Paid: $ |
| | -Def Atty | | Paid by:<br>Date: |

| DATE | ORDERS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Docket sheet front

STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Ronda Allison_ Deputy
03/25/2020

# CASE SUMMARY
## CASE NO. 106331-CV

| | | | |
|---|---|---|---|
| Michael Jones, Jr. | § | Location: | **149th District Court** |
| vs. | § | Judicial Officer: | **Holder, Terri** |
| **National Union Fire Insurance Company, et al** | § | Filed on: | **01/09/2020** |
| | § | | |

---

### CASE INFORMATION

Case Type:  **Contract - Other**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 106331-CV |
| Court | 149th District Court |
| Date Assigned | 01/09/2020 |
| Judicial Officer | Holder, Terri |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Jones, Michael, Jr.** | **Anderson, Sylvester** |
| | | *Retained* |
| | | 713-533-9500(W) |
| | | |
| **Defendant** | **National Union Fire Insurance Company** | **METZLER, DAVID J** |
| | | *Retained* |
| | | 214-672-2000(W) |
| | | |
| | **State Farm Mutual Automobile Insurance Company** | **Marcinkus, Scott G.** |
| | | *Retained* |
| | | 210-227-2200(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/09/2020 | Original Petition (1-10 Plaintiffs) (OCA)<br>Party:  Plaintiff Jones, Michael, Jr.<br>*Plaintiff's Original Petition and Request for Disclosure- Michael Jones, Jr.* | |
| 01/09/2020 | Docket Sheet | |
| 02/14/2020 | Request<br>*Process Request* | |
| 02/18/2020 | **Citation by Certified Mail**<br><br>National Union Fire Insurance Company<br>Unserved<br><br>State Farm Mutual Automobile Insurance Company<br>Unserved | |
| 03/05/2020 | Petition<br>Party:  Plaintiff Jones, Michael, Jr.<br>*Plaintiff's First Amended Petition and Request for Disclosure* | |
| 03/05/2020 | Request<br>*Process Request* | |

*Printed on 03/25/2020 at 11:19 AM*

# CASE SUMMARY
## CASE NO. 106331-CV

| | |
|---|---|
| 03/06/2020 | **Citation by Certified Mail** |
| | National Union Fire Insurance Company |
| | Unserved |
| 03/16/2020 | Answer |
| | Party:  Defendant  State Farm Mutual Automobile Insurance Company |
| | *Defendant State Farm Mututal Automobile Insurance Company's Original Answer* |
| 03/20/2020 | Answer |
| | Party:  Defendant  National Union Fire Insurance Company |
| | *Defendant National Union Fire Insurance Company of Pittsburgh, PA's Original Answer* |

STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record as file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By_____ Deputy

STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Ronda Allison_ Deputy
03/25/2020

# EXHIBIT E

Filed for Record
2/14/2020 1:21 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
106331-CV
Cathy Richard, Deputy

**BRAZORIA COUNTY DISTRICT CLERK**
**RHONDA BARCHAK**

**Process Request**

## Please Print All Information Clearly & Neatly

Cause No. _106331-CV_  For each party served you must furnish 1 copy of the document(s).

**DOCUMENT(S) TO BE SERVED** _Plaintiff's Original Petition_

**Name/Business to be Served:**

1. Name _National Union Fire Insurance Company_
   Registered Agent (if applicable) _Corporation Service Company_
   Address _211 E 7th Street, Suite 620_
   City, State, Zip _Austin, TX 78701-3218_

2. Name _State Farm Mutual Automobile Insurance Company_
   Registered Agent (if applicable) _Corporation Service Company_
   Address _211 E 7th Street, Suite 620_
   City, State, Zip _Austin, Texas 78701-3218_

**Service By (check one)**

___Constable

___Sheriff

_X_ Certified Mail   **Check One:** _____Restricted Delivery  _X_ Non-Restricted Delivery

___Pickup by whom: _____

___Return by mail to: _____

___Return by e-mail to (**Provide e-mail address**): _____

___Citation by Publication (**Please fill out the box below**)

___Citation by Posting at Courthouse Door (**Please fill out the box below**)

---

☐ Divorce/Family Citation with or without Children

     Name and Address of Publication: _____

     Relief Request Required: _____

     Date of Birth/Place of Birth for Each Child Required: _____

☐ Civil

     **As per TRCP 115, attach legal description of property if applicable and state relief requested

     Name and Address of Publication: _____

     Relief Request Required: _____

     Property Description: _____

---

Notes: _____

**Service Requested by:**

Name _Sylvester Anderson_

Printed name

Phone No. _713-533-9500_   Email _SA@SylvesterAnderson.com_

Signature

Revised  03-06-2019

**STATE OF TEXAS**
**COUNTY OF BRAZORIA**

**I certify that the foregoing is a true and correct copy of the original record on file in my office. Given under my hand and seal of the court at my office in Angleton, Texas.**
**RHONDA BARCHAK, DISTRICT CLERK**

**By** Ronda Allison **Deputy**

03/25/2020

DISTRICT COURT ★ BRAZORIA COUNTY, TEXAS ★

Service I.D. No. 174137

THE STATE OF TEXAS

**FILED**

at 4:30 o'clock P M.

FEB 18 2020

Rhonda Barchak

Clerk of District Court Brazoria Co., Texas

BY_____ DEPUTY

**CAUSE NO. 106331-CV**
**149th District Court**
**Michael Jones, Jr.**
**vs.**
**National Union Fire Insurance Company, et al**

To:   National Union Fire Insurance Company                    Defendant
      By serving it's Registered Agent
      Corporation Service Company
      211 E 7th Street, Suite 620
      Austin, TX 78701-3218

Notice:

You have been sued.  You may employ an attorney.  If you or your Attorney do not file a written answer with the Clerk who issued this Citation by **10:00 a.m.** on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition and Request for Disclosure**, a Default Judgment may be taken against you.  If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 111 E. Locust, Suite 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **149th District Court** of Brazoria County sitting in Angleton, Texas, 77515 and was filed on the **9th day of January, 2020.**

The name and address of the attorney filing this action (or party, if pro se') is **Sylvester Anderson, 6001 Savoy Drive, Suite 305, Houston, TX 77036.**

---

<u>CERTIFICATE OF DELIVERY BY MAIL</u>

I hereby certify that on the **18th day of February, 2020,** at **4:30 p.m.** I mailed to **National Union Fire Insurance Company** by certified mail a true copy of this Citation with a copy of the **Plaintiff's Original Petition and Request for Disclosure** attached hereto.

Issued under and given under my hand and seal of said Court, at Angleton, Texas, on the **18th day of February, 2020.**

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

By _____ Deputy
   Cathy Richard

Citation by R/A by Certified Mail



**Certified Article Number**

9414 7266 9904 2160 5439 72

**SENDER'S RECORD**



9590 9266 9904 2160 5439 75

Service I.D. No. 174137

**CAUSE No. 106331-CV**
**149th District Court**
**Michael Jones, Jr. vs. National Union Fire Insurance Company, et al**

### OFFICER'S RETURN BY MAIL

I hereby certify that on the _____day of _____, 20____, the Defendant was served by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.   Return receipt attached hereto.

OR

This citation was not executed for the following reason:

_____
_____
_____

RHONDA BARCHAK, DISTRICT CLERK

By _____, Deputy

ATTACH
RETURN
RECEIPT
WITH
ADDRESSEE'S SIGNATURE



STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Ronda Allison_ Deputy
03/25/2020

Service I.D. No. 174138

THE STATE OF TEXAS

**FILED**

at 4:30 o'clock P M.

**FEB 1 8 2020**

Rhonda Barchak

Clerk of District Court Brazoria Co., Texas

BY_____ DEPUTY

**CAUSE NO. 106331-CV**
**149th District Court**
**Michael Jones, Jr.**
vs.
**National Union Fire Insurance Company, et al**

To: State Farm Mutual Automobile Insurance Company                    Defendant
By serving it's Registered Agent
Corporation Service Company
211 E 7th Street, Suite 620
Austin, Texas 78701-3218

Notice:

You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the Clerk who issued this Citation by **10:00 a.m.** on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition and Request for Disclosure,** a Default Judgment may be taken against you. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 111 E. Locust, Suite 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **149th District Court** of Brazoria County sitting in Angleton, Texas, 77515 and was filed on the **9th day of January, 2020.**

The name and address of the attorney filing this action (or party, if pro se') is **Sylvester Anderson, 6001 Savoy Drive, Suite 305, Houston, TX 77036.**

---

## CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the **18th day of February, 2020,** at **4:30 p.m.** I mailed to **State Farm Mutual Automobile Insurance Company** by certified mail a true copy of this Citation with a copy of the **Plaintiff's Original Petition and Request for Disclosure** attached hereto.

Issued under and given under my hand and seal of said Court, at Angleton, Texas, on the **18th day of February, 2020.**

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

By _____ Deputy
        Cathy Richard

Citation by R/A by Certified Mail

**Certified Article Number**

9414 7266 9904 2160 5439 89

**SENDER'S RECORD**

9590 9266 9904 2160 5439 82

***ORIGINAL***

Service I.D. No. 174138

## CAUSE No. 106331-CV
### 149th District Court
**Michael Jones, Jr. vs. National Union Fire Insurance Company, et al**

---

### OFFICER'S RETURN BY MAIL

I hereby certify that on the _____day of _____, 20____, the Defendant was served by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.   Return receipt attached hereto.

OR

This citation was not executed for the following reason:

_____

_____

_____

RHONDA BARCHAK, DISTRICT CLERK

By _____, Deputy

ATTACH
RETURN
RECEIPT
WITH
ADDRESSEE'S SIGNATURE

Citation by R/A by Certified Mail

STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Rhonda Allison_ Deputy
03/25/2020



## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2160 5439 72

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.50 |
| Return Receipt (Hardcopy) | $ | 2.80 |
| Return Receipt (Electronic) | $ | .00 |
| Certified Mail Restricted Delivery | $ | .00 |
| Postage | $ | .50 |
| Total Postage and Fees | $ | 7.05 |

FEB 19 2020
FEB 19,
Postmark
Here
USPS - 71
2020

**Sent to:**

National Union Fire Insurance Company
By serving it's Registered Agent
Corporation Service Company
211 E 7th Street, Suite 620
Austin, TX 78701-3218

**Reference Information**

Cathy Richard
106331-CV
149th District Court

PS Form 3800, Facsimile, July 2015



**STATE OF TEXAS**
**COUNTY OF BRAZORIA**

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By ___Ronda Allison___ Deputy

03/25/2020





## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

### USPS® ARTICLE NUMBER

9414 7266 9904 2160 5439 89

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.50 |
| Return Receipt (Hardcopy) | $ | 2.80 |
| Return Receipt (Electronic) | $ | .00 |
| Certified Mail Restricted Delivery | $ | .00 |
| Postage | $ | .50 |
| Total Postage and Fees | $ | 7.0 |

Sent to:

State Farm Mutual Automobile Insurance
By serving it's Registered Agent
Corporation Service Company
211 E 7th Street, Suite 620
Austin, Texas 78701-3218

### Reference Information

Cathy Richard
106331-CV
149th District Court

PS Form 3800, Facsimile, July 2015



STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Rhoda Allison_ Deputy
03/25/2020

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2160 5440 61

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.50 |
| Return Receipt (Hardcopy) | $ | 2.80 |
| Return Receipt (Electronic) | $ | .00 |
| Certified Mail Restricted Delivery | $ | .00 |
| | | .50 |
| Postage | $ | |
| Total Postage and Fees | $ | 7. |

ANGLETON, TX
MAR 06
MAR 0 6 Postmark Here
2020
S - 77515

**Sent to:**
National Union Fire Insurance Company
By serving it's Registered Agent
Corporation Service Company
211 E 7th Street, Suite 620
Austin, Texas 78701-3218

**Reference Information**
Cathy Richard
106331-CV
149th District Court

PS Form 3800, Facsimile, July 2015



**STATE OF TEXAS**
**COUNTY OF BRAZORIA**

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Ronda Allison_ Deputy

03/25/2020



Filed for Record
3/5/2020 10:24 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
106331-CV
Cathy Richard, Deputy

**BRAZORIA COUNTY DISTRICT CLERK**
**RHONDA BARCHAK**

Process Request

| **Please Print All Information Clearly & Neatly** |
|---|

**Cause No.** _106331-CV_   For each party served you must furnish 1 copy of the document(s).

**DOCUMENT(S) TO BE SERVED** _Plaintiff's First Amended Petition And Request for Disclosure_

**Name/Business to be Served:**

1. Name _National Union Fire Insurance Company of Pittsburgh, PA_

   Registered Agent (if applicable) _Corporation Service Company_

   Address _211 E 7th Street, Suite 620_

   City, State, Zip _Austin, Texas 78701-3218_

2. Name _____

   Registered Agent (if applicable) _____

   Address _____

   City, State, Zip _____

**Service By (check one)**

___Constable

___Sheriff

_X_Certified Mail   **Check One:** _____Restricted Delivery   _X_ Non-Restricted Delivery

___Pickup by whom: _____

___Return by mail to: _____

___Return by e-mail to (**Provide e-mail address**): _____

___Citation by Publication (**Please fill out the box below**)

___Citation by Posting at Courthouse Door (**Please fill out the box below**)

| |
|---|
| ☐Divorce/Family Citation with or without Children |
| Name and Address of Publication: _____ |
| Relief Request Required: _____ |
| Date of Birth/Place of Birth for Each Child Required: _____ |
| ☐Civil |
| **As per TRCP 115, attach legal description of property if applicable and state relief requested |
| Name and Address of Publication: _____ |
| Relief Request Required: _____ |
| Property Description: _____ |

Notes: _____

**Service Requested by:**

Name _Sylvester Anderson_   _[signature]_

Printed name   Signature

Phone No. _713-533-9900_   Email _sa@sylvesteranderson.com_

Revised   03-06-2019

**POOR ORIGINAL**

STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Ronda Allison_ Deputy

03/25/2020

POOR ORIGINAL

Service I.D. No. 175741

THE STATE OF TEXAS

**CAUSE NO. 106331-CV**
**149th District Court**
**Michael Jones, Jr.**
**vs.**
**National Union Fire Insurance Company, et al**

F I L E D
at 11:00 o'clock ___A___ M.

MAR 0 6 2020

*Rhonda Barchak*
Clerk of District Court Brazoria Co., Texas
BY_____ DEPUTY

To:   National Union Fire Insurance Company of Pittsburg, PA          Defendant
      By serving it's Registered Agent
      Corporation Service Company
      211 E 7th Street, Suite 620
      Austin, Texas 78701-3218

Notice:

    You have been sued.  You may employ an attorney.  If you or your Attorney do not file a written answer with the Clerk who issued this Citation by **10:00 a.m.** on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's First Amended Petition and Request for Disclosure,** a Default Judgment may be taken against you.  If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 111 E. Locust, Suite 500, Angleton, TX  77515-4678 or by bringing said answer in person to the aforementioned address.

    The case is presently pending before the **149th District Court** of Brazoria County sitting in Angleton, Texas, 77515 and was filed on the **9th day of January, 2020.**

    The name and address of the attorney filing this action (or party, if pro se') is **Sylvester Anderson, 6001 Savoy Drive, Suite 305, Houston, TX 77036.**

---

## CERTIFICATE OF DELIVERY BY MAIL

    I hereby certify that on the **6th day of March, 2020,** at **11:00 a.m.** I mailed to **National Union Fire Insurance Company** by certified mail a true copy of this Citation with a copy of the **Plaintiff's First Amended Petition and Request for Disclosure** attached hereto.

    Issued under and given under my hand and seal of said Court, at Angleton, Texas, on the **6th day of March, 2020.**

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

By _____ Deputy
Cathy Richard

Citation by R/A by Certified Mail

*ORIGINAL*



Certified Article Number
9414 7266 9904 2160 5440 61
SENDER'S RECORD

9590 9266 9904 2160 5440 64

Service I.D. No. 175741

## CAUSE No.  106331-CV
### 149th District Court
### Michael Jones, Jr. vs. National Union Fire Insurance Company, et al

---

### OFFICER'S RETURN BY MAIL

I hereby certify that on the _____ day of _____, 20_____, the Defendant was served by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.   Return receipt attached hereto.

OR

This citation was not executed for the following reason:

_____

_____

_____

RHONDA BARCHAK, DISTRICT CLERK


By _____, Deputy



       ATTACH
       RETURN
       RECEIPT
       WITH
       ADDRESSEE'S SIGNATURE



Citation by R/A by Certified Mail

STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Rhonda Allison_ Deputy

03/25/2020

# EXHIBIT F

Filed for Record
1/9/2020 12:34 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
106331-CV
Sunnye Wingo, Deputy

106331-CV

No.

| | | |
|---|---|---|
| MICHAEL JONES, JR. | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| NATIONAL UNION FIRE INSURANCE | § | |
| COMPANY AND STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE COMPANY | § | ____JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PLAINTIFF MICHAEL JONES, JR., complaining of DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and for cause of action would respectfully show this Court and jury the following:

### DISCOVERY CONTROL PLAN

1.    Discovery is to be conducted under Level 2 of Rule 190, Texas Rules of Civil Procedure.

### PARTIES AND SERVICE

2.    Plaintiff is a resident of Brazoria County, Texas.

3.    Defendant National Union Fire Insurance Company, (hereinafter "National"), is an automobile insurance company authorized to do business in Texas, which may be served through its registered agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Texas 78701-3218.

4.    Defendant State Farm Mutual Automobile Insurance Company, (hereinafter "State Farm"), is an automobile insurance company authorized to do business in the State of Texas, which may be served through its registered agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Texas 78701-3218.

### JURISDICTION AND VENUE

5.    Venue is proper in this Court pursuant to §15.032 of the Texas Civil Practice & Remedies Code. Plaintiff's losses occurred in Brazoria County, Texas.

6.     This action is brought to recover underinsured motorist benefits due Plaintiff pursuant to two automobile insurance policies. This court, therefore, has jurisdiction.

## FACTUAL BACKGROUND

7.     On or about February 21, 2018, Plaintiff was operating an 18-wheeler truck in a lawful and cautious manner headed northbound on State Highway 288. At or about the 17200 block of SH288, another vehicle, headed northbound on SH288 in an adjacent lane and operated by Walter Ray Johnson at an excessive rate of speed in rainy weather, spun out of control and hit the front of the vehicle Plaintiff was operating. The collision caused Plaintiff to lose control of his vehicle, veer off the highway and jackknife before coming to a stop in the center median. Due to the force and impact of the collision, Plaintiff sustained serious and substantial injuries and damages.

## CAUSES OF ACTION

8.     The injuries and damages suffered by Plaintiff were proximately caused by the negligent and reckless conduct of Walter Ray Johnson in one or more of the following respects:

- a)     In failing to maintain such lookout as a person of ordinary prudence would have maintained under the same or similar circumstances.
- b)     In failing to timely apply the brakes to the vehicle he operated in order to avoid the collision in question.
- c)     In failing to apply the brakes to the vehicle he operated in order to avoid the collision in question.
- d)     In failing to control the speed of his vehicle.

9.     As a direct and proximate result of Walter Ray Johnson's negligent conduct, as described in paragraphs 7 and 8, Plaintiff suffered severe bodily injuries. His body was bruised, battered and contused and he suffered great shock to his entire nervous systems. The injuries will have a serious effect on the health and well-being of Plaintiff, and will abide with him for a long time, if

not for his entire life. As a further result of the nature and consequences of the injuries, Plaintiff has suffered great physical and mental pain, suffering and anguish and physical impairment and in all reasonable probability will continue to suffer in this manner for a long time into the future, if not for the balance of his natural life. By reason of all the above and foregoing Plaintiff has suffered losses and damages in an amount within the jurisdictional limits of this Court.

10.     As a further result and consequence of the negligence of Walter Ray Johnson, Plaintiff has incurred expenses for necessary medical care and attention. These charges were reasonable and were the usual and customary charges made for such services. As a further result of the injuries sustained by Plaintiff, there is a reasonable probability that he will require further medical care and attention and will incur future reasonable and necessary expenses for such medical care.

11.     At the time of the incident which is the basis of this lawsuit, Plaintiff was gainfully employed. As a result and consequence of the incident he was physically impaired and unable to attend his vocation for a period of time resulting in loss wages and loss wage earning capacity in an amount within the jurisdictional limits of this court.

12.     At the time of the accident in question, two valid contracts of automobile insurance, issued by Defendants, covered Plaintiff. Among the provisions of the insurance contracts were underinsured motorist clauses which obligated Defendants to pay for damages sustained by Plaintiff in the event of an accident involving an underinsured motorist, that is, a motorist whose liability insurance was inadequate to cover the damages sustained in an accident.

13.     Walter Ray Johnson was responsible for causing Plaintiff's injuries and damages. Plaintiff's damages exceeded the amount of automobile liability insurance covering Mr. Johnson. The per person limit of Mr. Johnson's automobile liability insurance has been tendered to Plaintiff.

3

Plaintiff is, thus, entitled to underinsured motorists benefits. Both Defendants have failed and refused to pay Plaintiff underinsured motorist benefits pursuant to the respective policies. This failure constitutes breach of contract. Plaintiff, therefore, seeks to recover underinsured motorist benefits from Defendants in an amount within the jurisdictional limits of this court.

14.     Plaintiff has timely complied with all the conditions precedent to recovering the benefits of the underinsured motorist coverages of the automobile insurance contracts with Defendants. Notwithstanding clear liability, Defendants have failed to settle Plaintiff's claim promptly, fairly and equitably, in violation of the Texas Insurance Code. Defendants' refusal to pay the claim was done knowingly, and with the purpose of discouraging, avoiding, or reducing the payment due Plaintiff under the terms of the policy.

15.     On or about July 29, 2019, Plaintiff, through his attorney, sent National notice of Plaintiff's uninsured/underinsured motorist claim and provided documentation to support the claim. This information was received by National several days later. On November 18, 2019, Plaintiff faxed another letter to National asking for a response to Plaintiff's request for underinsured motorist benefits. To date, Plaintiff has not received a response to his demand from National.

16.     By failing to give Plaintiff written notification of the acceptance or rejection of his claim within 15 business days after the date National received all items, statements, and forms required to secure final proof of loss, National violated §542.056(a) of the Texas Insurance Code. Plaintiff, thus, seeks his actual damages, plus 18% interest per year, and attorneys' fees, pursuant to §542.060 of the Texas Insurance Code.

17.     On September 28, 2019, Plaintiff, through his attorney, sent State Farm notice of Plaintiff's uninsured/underinsured motorist claim and provided documentation to support the claim.   On

4

October 8, 2019, State Farm sent Plaintiff a letter requesting additional information to support the claim. That information was faxed to State Farm on November 18, 2019. To date, State Farm has not given any other response to Plaintiff's request for underinsured motorists benefits.

18.     By failing to give Plaintiff written notification of the acceptance or rejection of his claim within 15 business days after the date State Farm received all items, statements, and forms required to secure final proof of loss, State Farm violated §542.056(a) of the Texas Insurance Code. Plaintiff, thus, seeks his actual damages, plus 18% interest per year, and attorneys' fees, pursuant to §542.060 of the Texas Insurance Code.

<div align="center">REQUEST FOR DISCLOSURE</div>

19.     Plaintiff requests that each Defendant disclose the information and materials described in Rule 194.2(a-l), Texas Rules of Civil Procedure, within fifty (50) days after service of this Plaintiff's Original Petition And Request For Disclosure.

<div align="center">NOTICE PURSUANT TO TRCP 193.7</div>

20.     Notice is hereby given, pursuant to TRCP 193.7, that Plaintiff intends to use the discovery responses of Defendants at the trial of this case and any pretrial proceeding.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendants be cited to appear and answer, and that on final trial Plaintiff have judgment against Defendants for monetary relief over $200,000 but not more than $1,000,000, plus prejudgment and post judgment interest at the rate of 18 per cent, costs of suit, reasonable attorney fees and such other and further relief to which Plaintiff may be justly entitled.

<div align="center">5</div>

Respectfully submitted,

SYLVESTER ANDERSON
Regency Square
6001 Savoy Drive, Suite 305
Houston, Texas  77036
(713) 533-9500
(713) 533-9645 (Fax)
SBOT: 01214950
sa@sylvesteranderson.com

ATTORNEY FOR PLAINTIFF
MICHAEL JONES, JR.

6

STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Ronda Allison_ Deputy

03/25/2020

Filed for Record
3/5/2020 10:24 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
106331-CV
Cathy Richard, Deputy

No.  106331-CV

| | | |
|---|---|---|
| MICHAEL JONES, JR. | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| NATIONAL UNION FIRE INSURANCE | § | |
| COMPANY OF PITTSBURGH, PA, AND | § | |
| STATE FARM MUTUAL   AUTOMOBILE | § | |
| INSURANCE COMPANY | § | 149TH JUDICIAL DISTRICT |

**PLAINTIFF'S FIRST AMENDED PETITION AND REQUEST FOR DISCLOSURE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PLAINTIFF MICHAEL JONES, JR., complaining of DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and for cause of action would respectfully show this Court and jury the following:

DISCOVERY CONTROL PLAN

1. Discovery is to be conducted under Level 2 of Rule 190, Texas Rules of Civil Procedure.

PARTIES AND SERVICE

2. Plaintiff is a resident of Brazoria County, Texas.

3. Defendant National Union Fire Insurance Company of Pittsburg, PA, (hereinafter "National"), is an automobile insurance company authorized to do business in Texas, which may be served through its registered agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Texas 78701-3218.

4. Defendant State Farm Mutual Automobile Insurance Company, (hereinafter "State Farm"), is an automobile insurance company authorized to do business in the State of Texas, which may be served through its registered agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Texas 78701-3218.

## JURISDICTION AND VENUE

5.     Venue is proper in this Court pursuant to §15.032 of the Texas Civil Practice & Remedies Code. Plaintiff's losses occurred in Brazoria County, Texas.

6.     This action is brought to recover underinsured motorist benefits due Plaintiff pursuant to two automobile insurance policies. This court, therefore, has jurisdiction.

## FACTUAL BACKGROUND

7.     On or about February 21, 2018, Plaintiff was operating an 18-wheeler truck in a lawful and cautious manner headed northbound on State Highway 288. At or about the 17200 block of SH288, another vehicle, headed northbound on SH288 in an adjacent lane and operated by Walter Ray Johnson at an excessive rate of speed in rainy weather, spun out of control and hit the front of the vehicle Plaintiff was operating. The collision caused Plaintiff to lose control of his vehicle, veer off the highway and jackknife before coming to a stop in the center median. Due to the force and impact of the collision, Plaintiff sustained serious and substantial injuries and damages.

## CAUSES OF ACTION

8.     The injuries and damages suffered by Plaintiff were proximately caused by the negligent and reckless conduct of Walter Ray Johnson in one or more of the following respects:

     a)    In failing to maintain such lookout as a person of ordinary prudence would have maintained under the same or similar circumstances.

     b)    In failing to timely apply the brakes to the vehicle he operated in order to avoid the collision in question.

     c)    In failing to apply the brakes to the vehicle he operated in order to avoid the collision in question.

     d)    In failing to control the speed of his vehicle.

9.     As a direct and proximate result of Walter Ray Johnson's negligent conduct, as described in paragraphs 7 and 8, Plaintiff suffered severe bodily injuries. His body was bruised, battered

and contused and he suffered great shock to his entire nervous systems. The injuries will have a serious effect on the health and well-being of Plaintiff, and will abide with him for a long time, if not for his entire life.  As a further result of the nature and consequences of the injuries, Plaintiff has suffered great physical and mental pain, suffering and anguish and physical impairment and in all reasonable probability  will continue to suffer in this manner for a long time into the future, if not for the balance of  his natural life.  By reason of all the above and foregoing Plaintiff has suffered losses and damages in an amount within the jurisdictional limits of this Court.

10.    As a further result and consequence of the negligence of Walter Ray Johnson, Plaintiff has incurred expenses for necessary medical care and attention. These charges were reasonable and were the usual and customary charges made for such services. As a further result of the injuries sustained by Plaintiff, there is a reasonable probability that he will require further medical care and attention and will incur future reasonable and necessary expenses for such medical care.

11.    At the time of the incident which is the basis of this lawsuit, Plaintiff was gainfully employed. As a result and consequence of the incident he was physically impaired and unable to attend his vocation for a period of time resulting in loss wages and loss wage earning capacity in an amount within the jurisdictional limits of this court.

12.    At the time of the accident in question, two valid contracts of automobile insurance, issued by Defendants, covered Plaintiff. Among the provisions of the insurance contracts were underinsured motorist clauses which obligated Defendants to pay for damages sustained by Plaintiff in the event of an accident involving an underinsured motorist, that is, a motorist whose liability insurance was inadequate to cover the damages sustained in an accident.

13.    Walter Ray Johnson was responsible for causing Plaintiff's injuries and damages.

3

Plaintiff's damages exceeded the amount of automobile liability insurance covering Mr. Johnson. The per person limit of Mr. Johnson's automobile liability insurance has been tendered to Plaintiff. Plaintiff is, thus, entitled to underinsured motorists benefits. Both Defendants have failed and refused to pay Plaintiff underinsured motorist benefits pursuant to the respective policies. This failure constitutes breach of contract. Plaintiff, therefore, seeks to recover underinsured motorist benefits from Defendants in an amount within the jurisdictional limits of this court.

14.     Plaintiff has timely complied with all the conditions precedent to recovering the benefits of the underinsured motorist coverages of the automobile insurance contracts with Defendants. Notwithstanding clear liability, Defendants have failed to settle Plaintiff's claim promptly, fairly and equitably, in violation of the Texas Insurance Code. Defendants' refusal to pay the claim was done knowingly, and with the purpose of discouraging, avoiding, or reducing the payment due Plaintiff under the terms of the policy.

15.     On or about July 29, 2019, Plaintiff, through his attorney, sent National notice of Plaintiff's uninsured/underinsured motorist claim and provided documentation to support the claim. This information was received by National several days later. On November 18, 2019, Plaintiff faxed another letter to National asking for a response to Plaintiff's request for underinsured motorist benefits. To date, Plaintiff has not received a response to his demand from National.

16.     By failing to give Plaintiff written notification of the acceptance or rejection of his claim within 15 business days after the date National received all items, statements, and forms required to secure final proof of loss, National violated §542.056(a) of the Texas Insurance Code. Plaintiff, thus, seeks his actual damages, plus 18% interest per year, and attorneys' fees, pursuant to §542.060 of the Texas Insurance Code.

4

17.     On September 28, 2019, Plaintiff, through his attorney, sent State Farm notice of Plaintiff's uninsured/underinsured motorist claim and provided documentation to support the claim.   On October 8, 2019, State Farm sent Plaintiff a letter requesting additional information to support the claim. That information was faxed to State Farm on November 18, 2019. To date, State Farm has not given any other response to Plaintiff's request for underinsured motorists benefits.

18.     By failing to give Plaintiff written notification of the acceptance or rejection of his claim within 15 business days after the date State Farm received all items, statements, and forms required to secure final proof of loss, State Farm violated §542.056(a) of the Texas Insurance Code. Plaintiff, thus, seeks his actual damages, plus 18% interest per year, and attorneys' fees, pursuant to §542.060 of the Texas Insurance Code.

<div align="center">REQUEST FOR DISCLOSURE</div>

19.     Plaintiff requests that each Defendant disclose the information and materials described in Rule 194.2(a-l), Texas Rules of Civil Procedure, within fifty (50) days after service of this petition.

<div align="center">NOTICE PURSUANT TO TRCP 193.7</div>

20.     Notice is hereby given, pursuant to TRCP 193.7, that Plaintiff intends to use the discovery responses of Defendants at the trial of this case and any pretrial proceeding.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendants be cited to appear and answer, and that on final trial Plaintiff have judgment against Defendants for monetary relief over $200,000 but not more than $1,000,000, plus prejudgment and post judgment interest at the rate of 18 per cent, costs of suit, reasonable attorney fees and such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

SYLVESTER ANDERSON
Regency Square
6001 Savoy Drive, Suite 305
Houston, Texas  77036
(713) 533-9500
(713) 533-9645 (Fax)
SBOT: 01214950
sa@sylvesteranderson.com

ATTORNEY FOR PLAINTIFF
MICHAEL JONES, JR.

STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record on file in my office
Given under my hand and seal of the court at
my office in Angleton, Texas
RHONDA BARCHAK, DISTRICT CLERK

Deputy

6

STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Rhonda Allison_ Deputy

03/25/2020

Filed for Record
3/16/2020 9:13 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
106331-CV
Kristie Wiley, Deputy

## CAUSE NO. 106331-CV

| | | |
|---|---|---|
| **MICHAEL JONES, JR.** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **v.** | § | **BRAZORIA COUNTY, TEXAS** |
| | § | |
| **NATIONAL UNION FIRE INSURANCE** | § | |
| **COMPANY AND STATE FARM MUTUAL** | § | |
| **AUTOMOBILE INSURANCE COPANY** | § | **149TH JUDICIAL DISTRICT** |

*(149TH rendered as 149TH)*

---

### DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S ORIGINAL ANSWER

---

Defendant State Farm Mutual Automobile files this original answer to Plaintiff's Original Petition, and would respectfully show the following:

### I.    GENERAL DENIAL

Defendant generally denies each and every allegation contained in Plaintiff's Original Petition pursuant to Texas Rule of Civil Procedure 92, and demands strict proof thereof by a preponderance of the credible evidence.

### II.    AFFIRMATIVE DEFENSES

Defendant alleges that in the unlikely event Plaintiff is found to be entitled to any damages in this matter, which is denied, Plaintiff is not entitled to recover prejudgment interest on any future damages.

Defendant alleges any prejudgment interest recoverable is limited in accordance with the terms of Texas Finance Code Annotated § 304.101 *et. seq.*

Defendant alleges any post judgment interest recoverable is limited in accordance with Texas Finance Code Annotated § 304.003(c).

Defendant alleges that to the extent Plaintiff seeks recovery for medical bills, expenses, and services that were incurred, but were never charged to Plaintiff, or were never paid or incurred because it exceeded the amount authorized by Medicaid, private insurer or any other entity, Defendant asserts Plaintiff is not entitled to recover those amounts. Similarly, Defendant alleges that to the extent any healthcare provider has written off the charges for medical care, then Defendant is entitled to a credit or offset for the total amount of write-offs or expenditures incurred and paid by others accruing to Plaintiffs pursuant to Texas Civil Practice and Remedies Code § 41.0105.

Defendant alleges that to the extent Plaintiffs seek to recover lost wages, lost wage earning capacity, lost contribution of pecuniary value or loss of inheritance, the limitations of Texas Civil Practice and Remedies Code § 18.091 apply.

Plaintiff is barred from recovering all or a portion of the claims asserted in Plaintiff's Original Petition because Plaintiff ailed to mitigate his damages

### III.   JURY DEMAND

Defendant demands a jury trial and tenders the appropriate fee in accordance with the Texas rules of Civil Procedure and the Local Rules of this jurisdiction.

### IV.   193.7 NOTICE

Pursuant to the Texas Rule of Civil Procedure 193.7, Defendant provides all parties notice that the production of any document in response to written discovery authenticates that document for use against that party in any pretrial proceeding or at trial.

### V.   REQUESTS FOR DISCLOSURE

Pursuant to Texas Rules of Civil Procedure, Plaintiff is requested to disclose and serve, within thirty (30) days of service of the Request, the information or material described in Rule

194.2(a) - (l).  Plaintiff shall supplement all disclosures pursuant to TEX. R. CIV. P. 193.5.

## VI.    CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant State Farm Mutual Automobile respectfully prays for a judgment that Plaintiff take nothing, that Defendant recover all its costs, and that Defendant be granted all other relief, at law and in equity, to which it may be justly entitled.

Respectfully submitted,

LINDOW ▪ STEPHENS ▪ TREAT LLP

By:  _____
Scott G. Marcinkus
State Bar No. 24099703
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
smarcinkus@lstlaw.com

*Counsel for Defendant State Farm Mutual Automobile*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant State Farm Mutual Automobile's Original Answer was served by facsimile and/or electronic service on the **16**th day of **March, 2020**, upon the following:

Sylvester Anderson
THE LAW OFFICE OF SYLVESTER ANDERSON
6001 Savoy Drive, Suite 305
Houston, Texas 77036
sa@sylvesteranderson.com

Scott G. Marcinkus

STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By _Ronda Allison_ Deputy
03/25/2020

Filed for Record
3/20/2020 2:17 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
106331-CV
Kristie Wiley, Deputy

<div align="center">

**CAUSE NO. 106331-CV**

</div>

| | | |
|---|---|---|
| **MICHAEL JONES, JR.,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **BRAZORIA COUNTY, TEXAS** |
| | § | |
| **NATIONAL UNION FIRE INSURANCE** | § | |
| **COMPANY OF PITTSBURGH, PA, AND** | § | |
| **STATE FARM MUTUAL AUTOMOBILE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendants.** | § | **149TH JUDICIAL DISTRICT** |

<div align="center">

### DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S ORIGINAL ANSWER

</div>

**TO THE HONORABLE COURT:**

    **COMES NOW** Defendant, **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**, (hereinafter "Defendant"), in the above-entitled and numbered cause, and files this Original Answer to Plaintiff's Original Petition, and in support thereof would respectfully show the Court as follows:

<div align="center">

### GENERAL DENIAL

</div>

    Defendant generally denies each and every allegation contained in Plaintiff's Original Petition and demands strict proof thereof by preponderance of the credible evidence.

<div align="center">

### JURY DEMAND

</div>

    Defendant demands a trial by jury.

<div align="center">

### PRAYER

</div>

    **WHEREFORE, PREMISES CONSIDERED,** Defendant prays that Plaintiff take nothing by its suit, and that Defendant go hence without delay, that Defendant recover its costs, and for such other and further relief to which Defendant may be justly entitled at law or in equity.

**DEFENDANT'S ORIGINAL ANSWER– Page 1**
#1586261

Respectfully submitted,

By: _____

**DAVID J. METZLER**
Texas Bar No. 13982550
**HAYLEY A. CUTLER**
Texas Bar No. 24106712
dmetzler@cowlesthompson.com
hcutler@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000 (Tel)
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20<u>th</u> day of March 2020, a true and correct copy of the foregoing document was electronically filed with the District Clerk for Brazoria County, Texas. The electronic case filing system sent a "Notice of Electronic Filing" to those attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

_____
**HAYLEY A. CUTLER**

COUNTY OF BRAZORIA
I certify that the foregoing is a true and correct copy of the original record on file in my office.
Given under my hand and seal of the court in my office in Angleton, Texas
RHONDA BARCHAK, DISTRICT CLERK

By: _____ Deputy

**DEFENDANT'S ORIGINAL ANSWER– Page 2**
#1586261

STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas.
RHONDA BARCHAK, DISTRICT CLERK

By *Ronda Allison* Deputy
03/25/2020

# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **MICHAEL JONES, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 3:20-cv-109** |
| | § | |
| **NATIONAL UNION FIRE INSURANCE** | § | |
| **COMPANY OF PITTSBURGH, PA, AND** | § | |
| **STATE FARM MUTUAL AUTOMOBILE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendants.** | § | |

## LIST OF ALL COUNSEL OF RECORD

**COUNSEL FOR PLAINTIFF**

Sylvester Anderson
Law Offices of Sylvester Anderson
6001 Savoy Drive, Suite 305
Houston, Texas 77036
Tel: (713) 533-9500
Fax: (713) 533-9645
sa@sylversteranderson.com

**COUNSEL FOR DEFENDANT
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA**

David J. Metzler
Cowles & Thompson, PC
901 Main Street, Suite 3900
Dallas, Texas 75202
Tel: (214) 672-2000
Fax: (214) 672-2020
dmetzler@cowlesthompson.com

**COUNSEL FOR DEFENDANT STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

Scott G. Marcinkus
Lindow, Stephens, Treat LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Tel: (210) 227-2200
Fax: (210) 227-4602
smarcinkus@lstlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 3rd day of April, 2020, a true and correct copy of the

foregoing document was delivered via electronic service to counsel of record below.

Sylvester Anderson
Regency Square
6001 Savoy Drive, Suite 305
Houston, Texas 77036
Tel: (713) 533-9500
Fax: (713) 533-9645
sa@sylversteranderson.com
**COUNSEL FOR PLAINTIFF**


Scott G. Marcinkus
State Bar No. 24099703
Lindow, Stephens, Treat, LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Tel: (210) 227-2200
Fax: (210) 227-4602
smarcinkus@lstlaw.com
**COUNSEL FOR DEFENDANT
STATE FARM MUTUAL
AUTOMOBILE INSURANCE**

*/s/ David J. Metzler*
**DAVID J. METZLER**

# EXHIBIT H

JS 44   (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Michael Jones Jr. | National Union Fire Insurance Company of Pittsburgh, PA; State Farm Mutual Automobile Insurance Company |

| **(b)**   County of Residence of First Listed Plaintiff     Brazoria | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**   Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Sylvester Anderson, Law Offices of Sylvester Anderson, 6001 Savoy Drive, Suite 305, Houston, Texas 77036 (713) 533-9500. | David J. Metzler, Cowles & Thompson, PC, 901 Main Street, Suite 3900, Dallas, TX 75202 (214) 672-2000; Scott G. Marcinkus, Lindow, Stephens, Treat, LLP, One Riverwalk Place, 700 N. St. Mary's Street |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☐ 3   Federal Question  *(U.S. Government Not a Party)*
- ☒ 4   Diversity  *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1   Original Proceeding
- ☒ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation - Transfer
- ☐ 8   Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Underinsured Motorist/Breach of Contract

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:      ☐ Yes    ☐No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE    Terri Holder

DOCKET NUMBER    106331-CV

DATE
04/02/2020

SIGNATURE OF ATTORNEY OF RECORD
David J. Metzler

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

| Print | Save As... | Reset |
|---|---|---|